STATE OF NEW JERSEY v. DOROTHY NICKLUS.

April 15, 1981.

Petition for certification denied.

DARRYL CONQUEST v. GARY J. HILTON.

April 15, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. JOHN N. PINTE.

April 15, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. GEORGE LOUIS DE LOS SANTOS.

April 15, 1981.

Petition for certification denied.